# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      **Plaintiff,**<br>vs.<br><br>**KEITH L. MARIS individually and d/b/a Keith L. Maris Painting and Wallpaper, DONNA L. MARIS, SOUTHERN UTAH TITLE CO., BRUCE T. LITTLE and JEANENE LITTLE, Trustees of the Little Trust, ANDERSON'S EXCAVATION, INC., KANE COUNTY WATER CONSERVANCY DISTRICT, MARK JACOBS, d/b/a/ Mark Jacobs Construction, KANE COUNTY TREASURER, and ALL OF LOT 554 SWAINS CREEK PINES, UNIT 3,**<br><br>                      **Defendants.** | ORDER DIRECTING ENTRY OF DEFAULT AGAINST KEITH L. MARIS, DONNA L. MARIS, MARK JACOBS, AND ANDERSON'S EXCAVATION, INC.<br><br>Case No. 2:12CV1074 DAK |

      This matter is before the court on Plaintiff's Motions for Clerk's Entry of Default Against Keith L. Maris, Donna L. Maris, Mark Jacobs, and Anderson's Excavation, Inc. and on Defendant Keith Maris' "Motion to Deny Plaintiff's Request to Have the Clerk's Entry of Default Judgment Against Defendant Keith L. Maris and Donna L. Maris (the "Motion to Deny"). In his motion, Mr. Maris claims that the court should deny the requests for default pursuant to Docket No. 38, "Order Dismissing Case Action Without Prejudice [sic]." As readily identified in the docket entry, however, the Order to which Mr. Maris refers pertains to an

entirely different case, and it was mistakenly entered in this case.[1]  The Order of Dismissal has

nothing to do with the instant case.

Accordingly, IT IS HEREBY ORDERED that Defendant Keith Maris' Motion to Deny

[Docket No. 45] is DENIED, and Plaintiff's Motions for Clerk's Entry of Default [Docket Nos.

39, 40, 41, & 42] are GRANTED.  The Clerk of Court is directed to enter default against Keith

L. Maris, Donna L. Maris, Mark Jacobs, and Anderson's Excavation, Inc.

DATED this 19th day of August, 2014.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge

---

[1] The Docket Entry for Docket No. 38 reads: "***PLEASE DISREGARD - ENTRY ERROR***".  The mistake was noted in the docket text on the same day the Order was mistakenly entered: "modified on 4/18/2014 by adding error message."  Therefore, when Mr. Maris filed his Motion to Deny on May 29, 2014, the error had been corrected for well over a month.